**Order entered March 7, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00186-CV

## IN RE JAMES L. ROWE, Relator

**Original Proceeding from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-35928-W**

## ORDER
Before Justices Lang, Myers, and Whitehill

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     BILL WHITEHILL
        JUSTICE